

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-12-00678-CV

Trial Court Cause
Number:     CV0052700C

Style:     Donald Young, Doris Young and Donna Holcomb

    **v** Chris Di Ferrante

Date motion filed*:     April 8, 2013

Type of motion:     Extension of Time to File Appellants' Brief

Party filing motion:     Appellants

Document to be filed:     Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:     January 10, 2013

    Number of previous extensions granted:     1, most recent due date, April 4, 2013

    Date Requested:     June 20, 2013

Ordered that motion is:

    ☒    Granted

       If document is to be filed, document due:  May 15, 2013

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☒ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature:  /s/ Jane Bland
       ☒ Acting individually     ☐ Acting for the Court

Panel consists of  Justices Jennings, Bland, and Massengale

Date: April 17, 2013